UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SL EC, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18-CV-01377-JAR |
| | ) |
| ASHLEY ENERGY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

This matter is before the Court on its review of the record. Trial in this matter is currently set for April 18, 2022. The Court previously indicated that it would issue a scheduling order regarding pretrial filings. (Doc. 215 at 1). With consent of the parties, **IT IS HEREBY ORDERED** that the following schedule shall apply to all pretrial filings:

- Joint Stipulation of Facts, Case Summary, and agreed upon Exhibit and Witness Lists shall be filed no later than **March 14, 2022**. All other Exhibit and Witness Lists shall be filed no later than **March 30, 2022**.

- All Motions in Limine shall be filed no later than **April 4, 2022**, and any response shall be filed no later than **April 11, 2022**.

- Proposed Jury Instructions shall be filed no later than **April 8, 2022**.

- The Final Pretrial Conference shall take place in the courtroom of the undersigned on **April 14, 2022 at 1:30 P.M.**

Dated this 21st day of January, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE